SUNITA KAPOOR, LL.M. (SBN #154186)
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 351-6789
Facsimile:  (925) 831-1059


Attorney for Plaintiffs
Silverhawk, Inc., and Kamal Kapoor
Sunita Kapoor appearing pro-per

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SILVERHAWK, INC., DBA: LOWER SACRAMENTO CHEVRON; KAMAL KAPOOR AND SUNITA KAPOOR, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION SERVICE (USDA), <br><br> Defendant | CASE NO. 2:15-cv-02470-MCE-EFB <br><br> **STIPULATION REQUESTING A CONTINUANCE OF THE HEARING ON MOTION TO DISMISS** |

      Silverhawk, Inc., a California Corporation, Kamal Kapoor & Sunita Kapoor  (hereinafter referred to as "Plaintiffs") and Defendant, USDA, (hereinafter referred to as "Defendant"), hereby submit the following stipulation.

      WHEREAS, Defendant's motion to dismiss Plaintiffs' Complaint is set for hearing on April 21, 2016, before this Court.

      WHEREAS Sunita Kapoor, Counsel for Plaintiffs, has sustained multiple fractures and is temporarily disabled until May 25, 2016 as certified by her Orthopedic Surgeon. Attached as Exhibit A is a medical note from Joseph R. Donnelly, MD.

THEREFORE Plaintiffs and Defendant, by and through their respective attorneys, hereby stipulate to continue the hearing date on the motion to dismiss to **Thursday June 2, 2016, at 2 p.m.** and respectfully request that the Court do so.

Dated:  April 5, 2016

BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Victoria L. Boesch (authorized on 4/5/16)
       VICTORIA L. BOESCH
       Assistant United States Attorney

Dated:  April 5, 2016

**LAW OFFICES OF SUNITA KAPOOR**

By:    /s/ Sunita Kapoor
       SUNITA KAPOOR
       Attorney for Plaintiffs

**IT IS SO ORDERED**.

Dated:  April 12, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT