PHILLIP A. TALBERT
Acting United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the United States

SUNITA KAPOOR, LL.M. (SBN #154186)
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 351-6789
Facsimile:  (925) 831-1059

Attorney for Plaintiffs
Silverhawk, Inc., and Kamal Kapoor
Sunita Kapoor appearing pro-per

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERHAWK, INC., DBA: LOWER SACRAMENTO CHEVRON; KAMAL KAPOOR AND SUNITA KAPOOR,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION SERVICE (USDA),<br><br>  Defendant. | CASE NO. 2:15-cv-02470-MCE-EFB<br><br>**STIPULATION AND ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Plaintiffs Silverhawk, Inc., Kamal Kapoor and Sunita Kapoor and the United States respectfully submit the following stipulation.

1  WHEREAS, the United States intends to file a motion for summary judgment and has
2  been meeting and conferring with Plaintiffs regarding a briefing schedule for that motion as well
3  as meeting and conferring regarding Plaintiffs' proposal relating to settlement.
4  WHEREAS, in light of these discussions, Plaintiffs and the United States have agreed
5  upon a mutually convenient briefing schedule that allows further time for settlement discussions.
6  THEREFORE Plaintiffs and the United States hereby stipulate to the following summary
7  judgment briefing schedule and respectfully request that the Court adopt that schedule in an order.
8  The United States will file its summary judgment motion by **September 8, 2016**, noticing it for
9  hearing on **October 20, 2016 at 2 p.m.**  Plaintiffs will file their response by **September 29, 2016**,
10  and the United States will file any reply by **October 13, 2016**.

Respectfully submitted,

Dated:  June 30, 2016          PHILLIP A. TALBERT
                               Acting United States Attorney


                               By:     /s/ *Victoria L. Boesch*
                                       VICTORIA L. BOESCH
                                       Assistant United States Attorney


Dated:  June 30, 2016          **LAW OFFICES OF SUNITA KAPOOR**


                               By:     /s/ *Sunita Kapoor* (authorized on 6/30/16)
                                       SUNITA KAPOOR
                                       Attorney for Plaintiffs


**IT IS SO ORDERED**.

Dated:  July 6, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE