PHILLIP A. TALBERT
Acting United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the United States

SUNITA KAPOOR, LL.M. (SBN #154186)
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 351-6789
Facsimile:  (925) 831-1059

Attorney for Plaintiffs
Silverhawk, Inc., and Kamal Kapoor
Sunita Kapoor appearing pro-per

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERHAWK, INC., DBA: LOWER SACRAMENTO CHEVRON; KAMAL KAPOOR AND SUNITA KAPOOR,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION SERVICE (USDA),<br><br>            Defendant | CASE NO. 2:15-cv-02470-MCE-EFB<br><br>**ORDER TO DISMISS CASE** |

In accordance with the Court's order (Dkt. 26) Plaintiffs Silverhawk, Inc., Kamal Kapoor, and Sunita Kapoor and the United States respectfully submit this proposed order.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  September 8, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By:    /s/ *Victoria L. Boesch*<br>         VICTORIA L. BOESCH<br>         Assistant United States Attorney |
| Dated:  September 8, 2016 | **LAW OFFICES OF SUNITA KAPOOR** |
| | By:    /s/ *Sunita Kapoor* (authorized on 9/8/16)<br>         SUNITA KAPOOR<br>         Attorney for Plaintiffs |

**ORDER**

In accordance with the parties' stipulation following their agreement to resolve this case, the Court hereby orders the case dismissed with prejudice, with each party to bear its own costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE